UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-3832**

Logan v. Club Metro USA Limited Liability Company
(D.N.J. No. 2-15-cv-06773)

**ORDER**

As Appellant has not filed an objection to the December 9, 2015 Clerk's Order, this case is hereby administratively closed.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: January 5, 2016
JK/cc:  All Counsel of Record

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.